**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7495**

KEITH BARKLEY,

             Plaintiff - Appellant,

        v.

STATE OF MARYLAND; CSM O'LEARY,

             Defendants - Appellees,

        and

KATHLEEN GREEN, Warden,

             Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:14-cv-00399-GLR)

Submitted: February 29, 2016        Decided: March 15, 2016

Before KEENAN, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Barkley, Appellant Pro Se. Michael O'Connor Doyle, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Barkley appeals the district court's order granting Defendants' motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Barkley v. Maryland, No. 1:14-cv-00399-GLR (D. Md. Sept. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED